# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES G. SCHUPPNER & JULIE L. SCHUPPNER                    Case Number: 04-74435
209 GENOA STREET                 SSN-xxx-xx-3906 & xxx-xx-4096
CHERRY VALLEY, IL  61016

Case filed on: 9/3/2004
Plan Confirmed on: 11/12/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $23,849.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,837.25 | 3,837.25 | 3,837.25 | 0.00 |
|  | Total Legal | 3,837.25 | 3,837.25 | 3,837.25 | 0.00 |
| 007 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PROVIDIAN PROCESSING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | INTERNAL REVENUE SERVICE | 4,470.00 | 4,470.00 | 0.00 | 0.00 |
|  | Total Priority | 4,470.00 | 4,470.00 | 0.00 | 0.00 |
| 999 | JAMES G. SCHUPPNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 7,000.00 | 7,000.00 | 4,861.91 | 2,654.14 |
| 002 | NATIONWIDE ACCEPTANCE | 2,850.00 | 2,300.00 | 1,652.39 | 628.56 |
| 003 | COUNTRYWIDE HOME LOANS INC | 10,840.32 | 10,840.32 | 8,454.98 | 0.00 |
|  | Total Secured | 20,690.32 | 20,140.32 | 14,969.28 | 3,282.70 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 5,542.33 | 5,542.33 | 0.00 | 0.00 |
| 002 | NATIONWIDE ACCEPTANCE | 2,972.28 | 3,522.28 | 0.00 | 0.00 |
| 004 | AMY SCHUPPNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 745.30 | 745.30 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 893.20 | 893.20 | 0.00 | 0.00 |
| 012 | MARY ANN SCHUPPNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 138.61 | 138.61 | 0.00 | 0.00 |
| 015 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SUBURBAN WOMEN'S HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | V.A.S.C. ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 5,627.71 | 5,627.71 | 0.00 | 0.00 |
| 021 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | AFNI/VERIZON | 310.81 | 310.81 | 0.00 | 0.00 |
| 023 | NATIONWIDE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | VILLAGE OF CHERRY VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CREDITORS BANKRUPTCY SERVICE | 442.90 | 442.90 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 1,100.16 | 1,100.16 | 0.00 | 0.00 |
| 028 | CAPITAL ONE BANK (USA) NA | 415.75 | 415.75 | 0.00 | 0.00 |
|  | Total Unsecured | 18,189.05 | 18,739.05 | 0.00 | 0.00 |
|  | Grand Total: | 47,350.62 | 47,350.62 | 18,970.53 | 3,282.70 |

Total Paid Claimant:     $22,253.23
Trustee Allowance:       $1,595.77          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00          discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                 By  /s/Heather M. Fagan